## UNITED STATES v. LAMB.

(Circuit Court, S. D. New York. January 16, 1900.)

No. 2,726.

Customs Duties—Canvas.

Canvas woven with double warp and single filling, each of single jute yarn, is a plain woven fabric, dutiable under Act 1897, par. 341, rather than a manufacture of vegetable fiber, not otherwise provided for, under paragraph 347.

Stephen G. Clarke, for importers.
H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. This is canvas woven with double warp and single filling, each of single jute yarn. The weaving appears to be plain, notwithstanding the double warp. Consequently, it appears to be a plain woven fabric of paragraph 341 of the act of 1897, as it has been assessed, rather than a manufacture of vegetable fiber, not otherwise provided for, under paragraph 347. Decision affirmed.

---

## UNITED STATES v. RICHARD.

(Circuit Court, S. D. New York. January 16, 1900.)

No. 2,867.

Customs Duties—Bleached Grasses.

Natural grass, sun bleached, used for emblems, is not a manufactured article, and is put on the free list, under Act 1897, par. 566, as textile grasses "not manufactured in any manner, and not specially provided for."

Comstock & Brown, for importers.
H. C. Platt, Asst. U. S. Atty.

WHEELER, District Judge. Paragraph 566 of the act of 1897 puts on the free list "Istle or Tampico fiber, jute, jute butts, manila, sisal grass, sunn, and all other textile grasses or fibrous vegetable substances not manufactured in any manner, and not specially provided for." This importation is of natural grass, sun bleached, used for emblems. It has been classified as free under this paragraph, instead of under paragraph 251, which puts a duty on natural flowers of all kinds, preserved or fresh, suitable for decorative purposes. In Frazee v. Moffitt, 20 Blatchf. 267, 18 Fed. 584, Judge, afterwards Mr. Justice, Blatchford held that hay containing sugar converted by the heat of the sun from starch in the grass by being dried was not a manufactured article. So this grass, bleached by mere exposure to the sun, is not a manufactured article. It is not made into any new thing. Decision affirmed.